No. 99–5371. WRIGHT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5372. BAAH *v.* CALIFORNIA BUREAU OF STATE AUDITS. C. A. 9th Cir. Certiorari denied.

No. 99–5374. HART *v.* SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–5375. HUMPHREY *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5376. FULLER, AKA SHERRILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 99–5378. PEGUES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5379. SOURS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 99–5381. POUNDERS *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5382. SHABAZZ *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–5384. SMITH *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–5387. TAYLOR *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 99–5388. LANE *v.* RUSSELL, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–5389. MAPP *v.* UNITED STATES; and
No. 99–5632. MOORE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 170 F. 3d 328.

No. 99–5391. FRANCIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5392. SLAUGHTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.